UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARCUS B. HARRIS,

    Plaintiff,

v.                                             CASE NO.: 8:14-cv-701-T-23AEP

PUBLIX SUPERMARKETS, INC., et al.,

    Defendants.
_____/

## **ORDER**

The plaintiff moves to proceed *in forma pauperis*. United States Magistrate Judge Anthony E. Porcelli recommends (Doc. 20) denying the motion to proceed *in forma pauperis* and dismissing the complaint (Doc. 10) with prejudice. The plaintiff's objections (Doc. 21) to the report and recommendation are **OVERRULED**, and the report and recommendation (Doc. 20) is **ADOPTED**. For the reasons stated by Judge Porcelli, the motion (Doc. 3) to proceed *in forma pauperis* is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on November 6, 2014.

                                                                       STEVEN D. MERRYDAY
                                                                       UNITED STATES DISTRICT JUDGE